FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 3 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>   vs.<br><br>Miles Spencer Coyote,<br><br>          Defendant. | No.   CR-19-00956-PHX-SMB (MHB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 2422(b)<br>(Inducing a Minor to Engage in<br>Sexual Activity)<br>Count 1 |

THE GRAND JURY CHARGES:

Between on or about February 11, 2019 and May 5, 2019, defendant MILES SPENCER COYOTE, using the mail and any facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: August 13, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*

KRISTA WOOD
Assistant U.S. Attorney