MICHAEL BAILEY
United States Attorney
District of Arizona
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney
Arizona State Bar No. 018579
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: Christina.reid-moore@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-0956-PHX-SMB (MHB) |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. § 1470 (Transfer of Obscene Material to a Minor) Count 1 |
| Miles Spencer Coyote, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or between February 11, 2019 and March 28, 2019, in the District of Arizona, and elsewhere, defendant MILES SPENCER COYOTE, did knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

Dated this 20th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

CHRISTINA J. REID-MOORE
Assistant United States Attorney